IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DONALD BOLER, and<br>Wife, JACQUE BOLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUCK TRANSPORT, INC. and<br>GARY D. LETTERHOUSE, SR.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   NO. 3:05-CV-00173<br>)   JURY DEMANDED<br>)<br>)<br>)<br>) |

## AGREED ORDER FOR MEDIATION

Upon motion by Defendants to compel mediation in this matter pursuant to Rule 7 of the Federal Rules of Civil Procedure, and upon agreement of the parties and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The parties shall participate in mediation of this case;

2. The parties shall mediate this case on May 25, 2006, starting at 9:00 a.m.;

3. The mediation proceedings shall be conducted at the office of the mediator, Bruce Anderson, and all proceedings before the mediator shall be attended by the parties or representatives thereof who have full and complete authority to enter into a binding settlement agreement; and

4. The costs of mediation shall be shared by all parties.

ENTERED this __16th__ day of May, 2006.

                                      *Thomas H. Phillips*
                                      District Court Judge

K PAH 187269 v1
2406050-000043 5/12/2006

APPROVED FOR ENTRY:

BAKER, DONELSON, BEARMAN
 & CALDWELL

By: /s Clarence Risin
Clarence Risin (BPR #16874)
Preston A. Hawkins (BPR # 022117)
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7000

*Attorney for Defendants*
*Buck Transport, Inc. and Gary D. Letterhouse, Sr.*


DANIEL & OBERMAN

By: /s W. Todd Daniel
W. Todd Daniel (BPR # 017942)
550 W. Main Avenue, Suite 950
Knoxville, Tennessee 37902
(865) 546-4292

*Attorney for Plaintiffs*
*Donald and Jacque Boler*